AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>**Genaro Rosas-Vargas** a.k.a. "Chilango"<br>a.k.a Alejandro Toledo-Perez<br><br>*Defendant(s)* | Case No.   4:24 MJ 9171 RHH<br><br>*Signed and submitted to the Court for filing by reliable electronic means* |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 2023 to present   in the county of   St. Louis County   in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1), 846 | Conspiracy & Possession with intent to distribute 50 grams or more of actual Methamphetamine |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

James Caddy, Task Force Officer, DEA
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date:  April 19, 2024

*Judge's signature*

City and state:   St. Louis, Missouri   Honorable Rodney H. Holmes, U.S. Magistrate Judge
*Printed name and title*